IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERNNIE FLOWERS**                                                                                          **PLAINTIFF**

v.                                      **Case No.: 4:19-cv-00385-LPR**

**AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY**                                                             **DEFENDANT**

## JUDGMENT

Based on the Court's Summary Judgment ruling (Doc. 75) and the jury's verdict (Doc. 119), it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant on all claims asserted against it.

IT IS SO ADJUDGED this 15th day of December 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE