IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERNNIE FLOWERS**                                                                                      **PLAINTIFF**

v.                                    Case No.: 4:19-cv-00385-LPR

**AMERICAN NATIONAL PROPERTY**
**AND CASUALTY COMPANY**                                                              **DEFENDANT**

**AMENDED JUDGMENT**

Based on the Court's Summary Judgment ruling (Doc. 75) and the jury's verdict (Doc. 119), it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant on all claims asserted against it.

Based on the Court's Order granting in part and denying in part Defendant's Motion and Supplemental Motion to Strike Late Disclosures (Doc. 51), the Court's Order granting in part and denying in part Defendant's Motion for Expenses (Doc. 80), and today's Order denying Plaintiff's Counsel's Motion for Reconsideration (Doc. 128), it is CONSIDERED, ORDERED, AND ADJUDGED that Plaintiff's counsel, Mr. Donald Chaney, is to immediately pay $3,596.25 to Defendant.

IT IS SO ADJUDGED this 20th day of December 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE